**2006-2067.   Ouwenga v. Bur. of Prisons.**

In Habeas Corpus. On petition for writ of habeas corpus of Andrew Stuart Ouwenga. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006-2119.   Cotten v. Timmerman-Cooper.**

In Habeas Corpus. On petition for writ of habeas corpus of Prince Charles Cotten Sr. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2003-0565.   State v. Newton.**

Richland C.P. 02-CR-48H. On appellant's pro se motion to set an execution date. Motion granted. It is further ordered by the court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 27th day of February, 2007, in accordance with the statutes so provided.

It is further ordered that a certified copy of this entry and a warrant under seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas for Richland County.

**2006-1460.   Marshall v. Russo.**

In Prohibition. On documentation of reasonable expenses submitted pursuant to the court's order of October 4, 2006. Expenses in the amount of $327.42 are awarded to respondent.

**2006-1594.   Indus. Energy Users-Ohio v. Pub. Util. Comm.**

Public Utilities Commission, No. 05-376-EL-UNC. On motion for admission pro hac vice of David C. Rinebolt by Colleen Mooney. Motion granted.

**2006-1868.   Internatl. Bhd. of Electrical Workers, Local Union No. 8 v. Vaughn Industries, Inc.**

Wood App. No. WD-06-061, 2006-Ohio-5280. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 6 of the court of appeals' Decision and Judgment Entry filed September 25, 2006:

"Where attorney fees are requested in the original pleadings, may a party wait until after judgment on the case in chief is entered to file its motion for attorney fees?"

O'DONNELL, J., dissents.

The conflict cases are *Fair Hous. Advocates Assoc., Inc.* (1996), 114 Ohio App.3d 104, *Mollohan v. Court Dev., Inc.*, Lorain App. No. 03CA008361, 2004-Ohio-2118, *Wengerd v. Martin* (Apr. 5, 2000), Wayne App. No. 99CA0004, and *Shepherd v. Shea* (May 14, 1997), Summit App. No. 17974.